# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3085

_____

Steven S. Cowan

*Movant - Appellant*

v.

United States of America

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: October 12, 2017
Filed: October 17, 2017
[Unpublished]

_____

Before COLLOTON, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Federal prisoner Steven Cowan, who pled guilty to being a felon in possession of a firearm, appeals the district court's[1] order denying his 28 U.S.C. § 2255 motion

_____

[1] The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

that challenged his sentence under <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015) (invalidating residual clause of Armed Career Criminal Act as unconstitutionally vague); Cowan specifically challenged his increased base offense level under U.S.S.G. § 2K2.1.  Upon de novo review, we find that the district court properly denied relief, because Cowan's sentence was calculated under the advisory Guidelines, which are not subject to void-for-vagueness challenges.  <u>See</u> <u>Beckles v. United States</u>, 137 S. Ct. 886, 895 (2017).  Accordingly, we affirm.  We also grant counsel's motion to withdraw.

_____